# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACKSON KITCHENS, | CV F   05 1567 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR SERVICE OF COMPLAINT (Doc.  7.) |
| PIERCE, et. al., | |
| Defendants. | |

William Jackson Kitchens  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on December 5, 2005.  On January 3, 2006, Plaintiff filed a Motion requesting that the Court order service on the complaint.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).

1  With respect to service, the Court will, sua sponte, direct the United States Marshal to
2  serve the Complaint only after the Court has screened the Complaint and determined that it
3  contains cognizable claims for relief against the named Defendants.  As the Court has yet to
4  screen Plaintiff's case, his request for service is premature and unnecessary.  As the Court has a
5  significant number of prisoner civil rights cases pending before it, it will screen Plaintiff's
6  complaint in due course.

   The Court HEREBY ORDERS:

   1.   The Motion for Order of Service of Complaint is DENIED.

IT IS SO ORDERED.

Dated:   **January 12, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE