# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACKSON KITCHENS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PIERCE, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F   05-01567 AWI LJO P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>ORDER DENYING MOTION FOR SERVICE OF COMPLAINT AS MOOT (Doc. 13.) |

　　　William Jackson Kitchens ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　Plaintiff filed the instant action on December 5, 2005, in the Sacramento Division of the Eastern District of California.  The case was transferred to this Court anc received on December 9, 2005.  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that it states cognizable 14th Amendment Due Process claim against the named Defendants for the allegations that the Defendants failed to protect him by housing him with criminal inmates and failed to provide constitutionally adequate conditions of detention for a civil detainee.  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003);

1

Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   RICHARD PIERCE, Sheriff

   MARGARET MIMMS, Asst. Sheriff

   Lt. GARY JOHNSON, Classification Officer

   TRANS CORP

2. The Clerk of the Court shall send Plaintiff FOUR USM-285 forms, FOUR summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed DECEMBER 5, 2005.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. FIVE copies of the endorsed complaint filed December 5, 2005.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

6. The pending Motion for Leave to Serve Defendants is DENIED as moot.

IT IS SO ORDERED.

**Dated:      November 22, 2006              /s/ Lawrence J. O'Neill**
b9ed48                                       UNITED STATES MAGISTRATE JUDGE