1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM JACKSON KITCHENS,              1:05-cv-01567 LJO NEW(DLB) (PC)

12          Plaintiff,

                                            ORDER GRANTING MOTION
13      vs.                                 TO EXTEND TIME TO RESPOND TO
                                            PLAINTIFF'S DISCOVERY REQUESTS
14   RICHARD PIERCE, et al.,

15          Defendants.                     (DOCUMENT #38)

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On July 27, 2007,  defendants Mimms and Johnson filed a motion to extend time to

19   respond to plaintiff's discovery requests.  Good cause having been presented to the court and

20   GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Defendants Mimms and Johnson are granted an extension of time up to and including

22   August 20, 2007 in which to file their responses to plaintiff's discovery requests.

23          IT IS SO ORDERED.

24      **Dated:   August 24, 2007**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28