1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11   WILLIAM JACKSON KITCHENS,         1:05-cv-01567 LJO NEW (DLB) P
12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATION** (Doc. 31)
13   vs.
                                  **ORDER DENYING MOTION TO**
14   RICHARD PIERCE, et al.,      **DISMISS** (Doc. 23)
15              Defendants.
                              ___/
16
17       Plaintiff, William Jackson Kitchens ("plaintiff"), is a
18   civil detainee proceeding pro se and in forma pauperis in this
19   civil rights action pursuant to 42 U.S.C. § 1983.  The matter was
20   referred to a United States Magistrate Judge pursuant to 28
21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.
22       On June 26, 2007, the Magistrate Judge filed Findings and a
23   Recommendation herein which were served on the parties and which
24   contained notice to the parties that any objections to the
25   Findings and Recommendation were to be filed within thirty (30)
26   days.  On July 24, 2007, plaintiff filed objections to the
27   Magistrate Judge's Findings and Recommendation.
28   //

                                   1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed June 26, 2007,

8  are ADOPTED IN FULL;

9    2.   Defendants' motion to dismiss the claims against them

10 for failure to allege sufficient linkage is DENIED with

11 prejudice;

12   3.   Defendants' motion to dismiss plaintiff's claims based

13 on denial of access to the courts and the strip search is DENIED

14 with prejudice, on the ground that they are not separate, stand

15 alone legal claims; and,

16   4.   Defendants' motion to dismiss plaintiff's claims for

17 declaratory relief is DENIED, without prejudice.

18 IT IS SO ORDERED.

19 **Dated:    August 27, 2007**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2