# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JACKSON KITCHENS, | 1:05-cv-01567-LJO-GSA-PC |
| Plaintiff, | |
| v. | ORDER VACATING DISPOSITIVE MOTIONS DEADLINE OF JULY 30, 2008 |
| RICHARD PIERCE, et. al., | |
| Defendants. | |
| _____/ | |

## PLEASE TAKE NOTICE

In light of the court's order of July 24, 2008 granting plaintiff leave to file an amended complaint to add new defendants, the court's pending deadline of July 30, 2008 for filing pre-trial dispositive motions is vacated. The court shall issue a new scheduling order in due time. The parties are reminded that the time for conducting discovery is presently closed.

IT IS SO ORDERED.

Dated:   July 24, 2008            /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE