# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Jackson Kitchens, | ) |
| | ) CV-05-1567-DCB P |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| Richard Pierce, Sheriff; et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

On September 26, 2008, Defendants filed a Motion to Strike Plaintiff's Reply to Answer to First Amended Complaint.

There is no mechanism in the Federal Rules of Civil Procedure for a party to file a reply to an answer.

Accordingly,

IT IS ORDERED that the Defendants' Motion to Strike Plaintiff's Reply to Answer to First Amended Complaint (Doc. No. 80) is GRANTED. The Clerk's Office is directed to STRIKE the reply (Doc. No. 79).

DATED this 18th day of February, 2009.

David C. Bury
United States District Judge