**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Jackson Kitchens, ) | |
| ) | CV-05-1567-DCB P |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Richard Pierce, Sheriff; et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 18, 2008, Plaintiff filed a Motion for Summary Judgment (Doc. No. 67). On March 9, 2009, Plaintiff reasserted and filed the same Motion for Summary Judgment (Doc. No. 90) in accordance with this Court's Order dated February 18, 2009. That being the case,

IT IS ORDERED that the duplicate Motion for Summary Judgment (Doc. No. 67) filed June 18, 2008 is rendered MOOT and dismissed as such.

DATED this 11th day of March, 2009.

David C. Bury
United States District Judge

1