**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Jackson Kitchens, ) | |
| ) | CV-05-1567-DCB P |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Richard Pierce, Sheriff; et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Based on the Application for Extension of Time,

IT IS ORDERED that the Application for Extension of Time to File Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 93) is GRANTED to June 15, 2009.

DATED this 19th day of March, 2009.

David C. Bury
United States District Judge

1