**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Jackson Kitchens, | ) |
| | ) CV-1-05-1567-DCB P |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| Richard Pierce, Sheriff; et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Certain Exhibits tendered by Plaintiff pro se in support of his pending Motion for Summary Judgment and Separate Statement of Facts are either unreadable or missing from the record.

    Accordingly,

    IT IS ORDERED that Plaintiff should file a Notice of Supplement to his Motion for Summary Judgment and Separate Statement of Facts (Doc. Nos. 90, 91). First, the Notice of Supplement should have attached clear, readable copies of Exhibits D and E made part of the First Amended Complaint by incorporation. Second, the Notice of Supplement should have attached, the following: (1) "Def. Johnson's Resp. to Discovery, Interrogatory #24 and Interrogatory #25 (Set 2) (Original Complaint)" ; and, (2) Exhibit I made part of the First Amended Complaint by incorporation. The Notice of Supplement with these documents attached

1

should be filed with the Court and mailed to the parties on or before **August 7, 2009.**

DATED this 10th day of July, 2009.

_____
David C. Bury
United States District Judge