1
2
3
4
5        **UNITED STATES DISTRICT COURT**

6        **EASTERN DISTRICT OF CALIFORNIA**

7

8    William Jackson Kitchens,        )    CV-05-1567-DCB    P
                                       )
9              Plaintiff,              )    **ORDER**
                                       )
10   vs.                               )
                                       )
11                                     )
     Margaret Mims, et al.,            )
12                                     )
               Defendants.             )
13                                     )
     _____   )

14
15
16       Plaintiff has filed two motions with the district court in error while this action is

17   pending before the Ninth Circuit Court of Appeals.  The Court of Appeals will notify the

18   Clerk's Office when to compile and transfer the record on appeal.

19       Accordingly,

20       IT IS ORDERED that the Plaintiff's motions directing the Clerk's Office to transfer

21   the record on appeal (Doc. Nos. 130, 131) are denied.

22       DATED this 3rd day of August, 2010.

23
24
25                                                David C. Bury
26                                          United States District Judge
27
28